1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ELIZABETH MONTOYA,                          No.  2:16-cv-876-TLN-EFB

12                 Plaintiff,

13          v.                                     ORDER

14    METROPOLITAN LIFE INSURANCE
      COMPANY,
15
                     Defendant.
16

17

18          This case, in which plaintiff was proceeding *in propria persona*, was before the

19    undersigned pursuant to Eastern District of California Local Rule 302(c)(21).  *See* 28 U.S.C. §

20    636(b)(1).  On June 24, 2016, attorney P. Randall Noah was substituted in as attorney of record

21    for plaintiff.  ECF No. 13.

22          Because plaintiff is now represented by counsel, the referral to the magistrate judge will

23    be withdrawn and the case will be referred back to the district judge.  The undersigned will,

24    however, continue to perform the usual discovery tasks associated with ordinary civil cases.

25          Accordingly, it is hereby ORDERED that the referral of this case to the magistrate judge

26    is withdrawn and the case is referred back to the district judge.

27    DATED:  June 24, 2016.

28    _____
                     EDMUND F. BRENNAN
                     UNITED STATES MAGISTRATE JUDGE